**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MATTHEW LEBER | : | |
| | : | |
| v. | : | C.A. No. 05-440T |
| | : | |
| CHELO'S OF SOUTH COUNTY, INC., | : | |
| and GEORGE CHALKO | : | |

**RE-NOTICE TO TAKE DEPOSITION**

DEPONENT: MATTHEW LEBER

DATE & TIME OF TAKING: June 30, 2006 at 9:30 a.m.

TO: Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903

Rhode Island Court Reporting
25 Sea View Avenue
East Providence, Rhode Island 02915

Please take notice that pursuant to the provisions of Federal Rules of Civil Procedure, Defendant, Chelo's of South County, Inc. will take testimony on oral examination of the above-named deponent, at the date and time hereinabove referred to, before a Notary Public of the State of Rhode Island or other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

CHELO'S OF SOUTH COUNTY, INC.
By its attorneys,

MICHAEL D. CHITTICK (#5967)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
Date: 6/13/06

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this action. On June 13, 2006, I caused the foregoing Notice to Take Deposition to be served by first class mail, postage prepaid, upon the following:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02903

*384501_1.doc*