**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MATTHEW LEBER,
Plaintiff

C.A. No. 05-440 T

v.

CHELO'S OF SOUTH COUNTY &
GEORGE CHALKO
Defendants

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants in the above matter stipulate to the dismissal of this action in its entirety including all claims and counterclaims. This dismissal is with prejudice and without any award of fees, costs or other monetary sanctions to either Plaintiff or Defendants.

Plaintiff
By His Attorney

/s/Stephen T. Fanning

Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

Defendants
By Their Attorney

/s/Michael Chittick

Michael Chittick, Esq. (#5967)
Adler Pollock & Sheehan P.C
One Citizens Plaza, 8th Floor
Providence, RI 02903
401-274-7200
401-751-0604 Fax